UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

JOYCE LORRAINE BROTZ,

    Plaintiff,

v.                                                    Case No: 6:17-cv-1603-Orl-40TBS

SIMM ASSOCIATES, INC.,

    Defendant.
_____/

## ORDER

This cause comes before the Court for consideration of the parties' Joint Motion to Stay Proceedings Pending Mediation (Doc. 44), filed June 21, 2018. Plaintiff Joyce Brotz filed the operative putative class action complaint on March 12, 2018. (Doc. 24 ("**Complaint**")). On March 26, 2018, Defendant Simms Associates, Inc. filed a Motion to Dismiss. (Doc. 25). That motion is currently pending before the Court. In the instant motion, the parties advise that they have scheduled a mediation for August 28, 2018, and stipulate to a stay of this matter pending the outcome of the mediation. (Doc. 44). Upon consideration, it is **ORDERED** as follows:

1. The Joint Motion to Stay Proceedings Pending Mediation (Doc. 44) is **GRANTED IN PART** and **DENIED IN PART**.

2. This case is hereby **STAYED** pending the outcome of mediation between the parties.

3. If the parties reach a settlement, prompt notice shall be provided in accordance with Local Rule 3.08. The parties shall advise the Court of the outcome of the mediation no later than September 11, 2018

4. The Clerk of Court is **DIRECTED** to **TERMINATE** any pending motions. Should the parties fail to resolve this matter through mediation, Defendant may file with the Court a notice to reinstate its Motion to Dismiss.

**DONE AND ORDERED** in Orlando, Florida on June 25, 2018.

PAUL G. BYRON
UNITED STATES DISTRICT JUDGE

Copies furnished to:

Counsel of Record
Unrepresented Parties